GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 5:05-CR-00069-001 |
| **MERICO ARNEZ OGBURN** | |

On December 20, 2006, the above captioned was sentenced to 151 months imprisonment followed by 60 months of supervised release for the offense of Distribution of More Than 5 Grams of Cocaine Base.

He has complied with the rules and regulations of supervised release and paid all Court ordered fines and fees. He has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Eugene L. Autry, II
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __1__ day of __March__, 2022.

TILMAN E. SELF, III
U.S. DISTRICT JUDGE